**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-752**

---

In Re: RESTONEY ROBINSON,

Petitioner.

---

On Petition for Writ of Mandamus,  (CA-96-1017-6)

---

Submitted:  January 22, 1998          Decided:  February 4, 1998

---

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Restoney Robinson, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Restoney Robinson brought this mandamus petition complaining about the district court's handling of a 42 U.S.C. § 1983 (1994) action he brought concerning disciplinary action taken against him after he tested positive for marijuana use in a random prison drug test. The district court adopted the magistrate judge's recommendation and denied relief in that action, and on appeal, this court affirmed. See Robinson v. Atkins, No. 97-6773 (4th Cir. Sept. 17, 1997) (unpublished). Apparently, in this mandamus petition, Robinson seeks to revisit the concerns he raised in the § 1983 action. Where there is another available remedy, mandamus relief is not available. See In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus relief is not a substitute for appeal. See In re United Steelworkers of America, 595 F.2d 958, 960 (4th Cir. 1979). Robinson could have raised these claims in an appeal from the § 1983 action. Accordingly, we deny mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2